385 COMMERCIAL ALLIANCE LIFE INS. CO. vs. CIRCUIT JUDGE (Gratiot), No. 14625½.

To vacate an order requiring the receiver of a foreign insurance company to give a bond for the payment of the judgment, as a condition upon which a verdict against relator should be vacated and a new trial had.

Order to show cause denied January 8, 1895.